1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

GEORGE AVALOS,

Case No. 1:20-cv-01570-NONE-EPG

12

Plaintiff,

ORDER SETTING ASIDE DEFAULT
ENTERED AGAINST DEFENDANT
OLIVEWOOD PLAZA TWO, LLC

13

v.

14

OLIVEWOOD PLAZA TWO, LLC, et al.

(ECF Nos. 12, 15)

15

Defendants.

ORDER DIRECTING CLERK OF COURT
TO UPDATE THE DOCKET TO
TERMINATE CERTAIN DEFENDANTS

16
17
18

Plaintiff George Avalos ("Plaintiff") initiated this action on November 6, 2020, by filing a

19

complaint naming Olivewood Plaza, Binyamin Glickman, and Does 1 through 10 as defendants.

(ECF No. 1.)

20

On December 2, 2020, Plaintiff filed a First Amended Complaint naming Olivewood

21

Plaza Two, LLC, and Does 1 through 10 as defendants. (ECF No. 7.) Unlike the original

22

complaint, the First Amended Complaint did not assert any claims against Olivewood Plaza or

23

Binyamin Glickman.

24

On January 19, 2021, the Clerk of Court entered default against Olivewood Plaza Two,

25

LLC. (ECF No. 12.)

26

On February 10, 2021, Plaintiff and Olivewood Plaza Two, LLC filed a stipulation

27

requesting that Olivewood Plaza Two, LLC's default be set aside and that Olivewood Plaza Two,

28

1   LLC be permitted ten (10) days to respond to the First Amended Complaint. (ECF No. 15.)

2           The Court held a Status Conference on February 11, 2021. At the Status Conference,

3   counsel for Plaintiff confirmed that Plaintiff was no longer asserting any claims against

4   Olivewood Plaza and Binyamin Glickman by virtue of the filing the First Amended Complaint.

5   Additionally, counsel confirmed that Plaintiff and Olivewood Plaza Two, LLC had agreed to set

6   aside the default entered against Olivewood Plaza Two, LLC.

7           Accordingly, IT IS HEREBY ORDERED that:

8       1.  Pursuant to the stipulation of the parties (ECF No. 15), the default entered by the Clerk

9           of Court against Olivewood Plaza Two, LLC (ECF No. 12) is set aside and

10          VACATED; and

11      2.  Olivewood Plaza Two, LLC shall file a response to the First Amended Complaint

12          within ten days of entry of this order.

13      3.  The Clerk of Court is respectfully directed to amend the caption and docket in this

14          matter to reflect that this action proceeds solely against Olivewood Plaza Two, LLC

15          and Does 1 through 10 and that Olivewood Plaza and Binyamin Glickman have been

16          terminated as defendants in this action as of the filing of the First Amended Complaint

17          (ECF No. 7).

18  IT IS SO ORDERED.

19      Dated:   **February 12, 2021**              /s/ Erica P. Grosjean

20                                          UNITED STATES MAGISTRATE JUDGE

2