UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>Plaintiff,<br><br>v.<br><br>OLIVEWOOD PLAZA TWO,<br><br>Defendant. | Case No. 1:20-cv-01570-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 25) |

On July 23, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 25.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **July 26, 2021**                    /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE